JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

      Plaintiff,

    v.

MONICA MONTOYA, ET AL.,

      Defendants.

No. ED CV 25-3532-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 24, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE